**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John A. Campbell                      CHAPTER 13

Debtor(s)

BKY. NO. 19-17364 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORP. and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
09 Nov 2021, 10:29:55, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322