# DO NOT DETACH



**Robert A. Auclair, Esq.**
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

**Instrument Number: 2022046070**
**Volume/Page: RECORD BK 6854 PG 0848**
**Recorded Date: 08/23/2022 11:08:25 AM**

| | |
|---|---|
| Transaction Number: 938703<br>Collected By: pontem<br>Document Type: ASSIGNMENTS<br>Document Page Count: : 3 | Return To (Simplifile):<br>Flagstar Bank Att:Accounts payable PO#75713<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 |
| Parcel ID: 42-00-03604-00 | |

| Fees: | | Instrument Number: 2022046070 |
|---|---|---|
| RECORDING FEES: | $37.50 | Volume/Page: RECORD BK 6854 PG 0848 |
| COUNTY IMPROVEMENT FUND: | $5.00 | Recorded Date: 08/23/2022 11:08:25 AM |
| JCS/ATJ FEE: | $40.25 | |
| WRIT TAX: | $0.50 | |
| **Total Fees:** | **$83.25** | |
| **Amount Paid:** | **$83.25** | |
| **Amount Due:** | **$0.00** | |

**OFFICIAL RECORDING COVER PAGE**
# DO NOT DETACH
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has
been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL
INFORMATION.

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS

STATE OF: PENNSYLVANIA                              LOAN# █████████

COUNTY OF: DELAWARE

APN# ██████████

For value received, MATRIX FINANCIAL SERVICES CORPORATION, AN ARIZONA CORPORATION, which has an address of 601 CARLSON PKWY, STE. 1400, MINNETONKA, MN 55305 (Assignor) acting herein by and through a duly authorized officer, does hereby assign and transfers to FLAGSTAR BANK, FSB whose address is 5151 CORPORATE DR, TROY, MI 48098 (Assignee), all of its right, title and interest in the below described MORTGAGE.

MORTGAGE executed by JOHN ANTHONY CAMPBELL AND HEATHER ANNE CAMPBELL to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.("MERS"), AS MORTGAGEE,  AS NOMINEE FOR FREEDOM MORTGAGE CORPORATION, IT'S SUCCESSORS AND ASSIGNS, securing the amount of $353,400.00 dated 08/30/2017 and recorded 09/11/2017 as DOCUMENT NO. 2017049277, BK:06059 PG:0635 which was recorded on the lot(s) or parcel(s) described therein situated in the City of SPRINGFIELD , County of DELAWARE, State of PENNSYLVANIA

To have and to hold unto said Assignee said above described MORTGAGE, together with all and singular the liens, rights, equities, title and estate in said real estate therein described securing the payment thereof, or otherwise.

1 of 3

LOAN ███████

## SEE ATTACHED LEGAL DESCRIPTION

Commonly Known As: 332 LYNBROOKE RD, SPRINGFIELD, PA 19064

ON 08/18/2022

MATRIX FINANCIAL SERVICES
CORPORATION, AN ARIZONA CORPORATION

WITNESSES:
BY: _Kimberly Fischer_
KIMBERLY FISCHER

BY: _Senka Campara_
SENKA CAMPARA

ITS: BANK OFFICER OF FLAGSTAR
BANK, FSB ATTORNEY IN FACT FOR MATRIX FINANCIAL
SERVICES CORPORATION, AN ARIZONA CORPORATION,
UNDER SPECIAL LIMITED IRREVOCABLE POWER OF
ATTORNEY

BY: _Lucas Cedre_
LUCAS CEDRE

STATE OF MICHIGAN
COUNTY OF OAKLAND

### ACKNOWLEDGEMENT

On 08/18/2022, before me, JANET L TESTER, a Notary Public, personally appeared SENKA
CAMPARA, BANK OFFICER OF FLAGSTAR BANK, FSB ATTORNEY IN FACT FOR MATRIX
FINANCIAL SERVICES CORPORATION, AN ARIZONA CORPORATION, UNDER SPECIAL LIMITED
IRREVOCABLE POWER OF ATTORNEY personally known to me, or proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within and
acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) that by
his/her/their signature(s) on the document. I certify under PENALTY OF PERJURY under the laws of
the State of MICHIGAN that the foregoing paragraph is true and correct. I further certify SENKA
CAMPARA signed, sealed, attested and delivered this document as a voluntary act in my presence.

RECORD AND RETURN TO:
FLAGSTAR BANK, FSB
5151 CORPORATE DRIVE
MS-W-535-1 FINAL DOCS DEPT
TROY, MICHIGAN 48098
DRAFTED BY: ROCHELLE PARENT

_Janet L Tester_
Notary Public

JANET L. TESTER
NOTARY PUBLIC - STATE OF MICHIGAN
WAYNE COUNTY
MY COMMISSION EXPIRES JULY 14, 20 24
ACTING IN THE COUNTY OF OAKLAND

2 of 3

LOAN# ███████

### LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the Township of Springfield, County of Delaware and Commonwealth of Pennsylvania, described according to a recent survey and plan thereof, made by Damon and Foster, Civil Engineers, Sharon Hill, Pennsylvania, dated August 20, 1940, as follows, to wit

BEGINNING at a point in the Southwesterly side of Lynnbrook Road (40 feet wide) at a distance of 413.96 feet Southeastwardly from the point of curve being the intersection of the center line of Alford Road (40 feet wide) and the Southwesterly side of Lynnbrook Road; thence continuing along the Southwesterly side of Lynnbrook Road (40 feet wide) on a line curving to the left along the arc of a circle whose radius is 706.47 feet the arc distance of 55 feet to a point; thence leaving the said side of Lynnbrook Road, South 05 degrees, 34 minutes, 32 seconds West, 100 feet to a point; thence extending along an arc of a circle whose radius is 806.47 feet, the arc distance of 62.79 feet to a point; thence North 10 degrees, 02 minutes, 11 seconds East, 100 feet to the first mentioned point and place of beginning.

3 of 3

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

## ASSIGNMENT OF MORTGAGE

### KNOW ALL MEN BY THESE PRESENTS

**STATE OF: PENNSYLVANIA**                                    **LOAN#** ███████████

**COUNTY OF: DELAWARE**

**APN#** ███████████

For value received, **MATRIX FINANCIAL SERVICES CORPORATION, AN ARIZONA CORPORATION,** which has an address of 601 CARLSON PKWY, STE. 1400, MINNETONKA, MN 55305 (Assignor) acting herein by and through a duly authorized officer, does hereby assign and transfers to **FLAGSTAR BANK, FSB** whose address is 5151 CORPORATE DR, TROY, MI 48098 (Assignee), all of its right, title and interest in the below described MORTGAGE.

MORTGAGE executed by **JOHN ANTHONY CAMPBELL AND HEATHER ANNE CAMPBELL** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.("MERS"), AS MORTGAGEE,  AS NOMINEE FOR FREEDOM MORTGAGE CORPORATION, IT'S SUCCESSORS AND ASSIGNS,** securing the amount of $353,400.00 dated 08/30/2017 and recorded 09/11/2017 as DOCUMENT NO. 2017049277, BK:06059 PG:0635 which was recorded on the lot(s) or parcel(s) described therein situated in the City of SPRINGFIELD , County of DELAWARE, State of PENNSYLVANIA

To have and to hold unto said Assignee said above described MORTGAGE, together with all and singular the liens, rights, equities, title and estate in said real estate therein described securing the payment thereof, or otherwise.

### SEE ATTACHED NOTE/INTEREST TRANSFER HISTORY

1 of 3

**LOAN** ████████

## SEE ATTACHED LEGAL DESCRIPTION

Commonly Known As: 332 LYNBROOKE RD, SPRINGFIELD, PA 19064

ON <u>08/18/2022</u>

MATRIX FINANCIAL SERVICES
CORPORATION, AN ARIZONA CORPORATION

WITNESSES:

BY: *[signature]*

KIMBERLY FISCHER

BY: *[signature]*

SENKA CAMPARA
ITS: BANK OFFICER OF FLAGSTAR
BANK, FSB ATTORNEY IN FACT FOR MATRIX FINANCIAL
SERVICES CORPORATION, AN ARIZONA CORPORATION,
UNDER SPECIAL LIMITED IRREVOCABLE POWER OF
ATTORNEY

BY: *[signature]*

LUCAS CEDRE

STATE OF MICHIGAN

COUNTY OF OAKLAND

### ACKNOWLEDGEMENT

On 08/18/2022, before me, JANET L TESTER,  a Notary Public, personally appeared SENKA
CAMPARA, BANK OFFICER OF FLAGSTAR BANK, FSB ATTORNEY IN FACT FOR MATRIX
FINANCIAL SERVICES CORPORATION, AN ARIZONA CORPORATION, UNDER SPECIAL LIMITED
IRREVOCABLE POWER OF ATTORNEY personally known to me, or proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within and
acknowledged to me that he/she/they executed the same in his/her/their capacity(ies) that by
his/her/their signature(s) on the document. I certify under PENALTY OF PERJURY under the laws of
the State of MICHIGAN that the foregoing paragraph is true and correct. I further certify SENKA
CAMPARA signed, sealed, attested and delivered this document as a voluntary act in my presence.

RECORD AND RETURN TO:

FLAGSTAR BANK, FSB

5151 CORPORATE DRIVE

MS-W-535-1 FINAL DOCS DEPT

TROY, MICHIGAN 48098

DRAFTED BY: ROCHELLE PARENT

*[signature]*

Notary Public

JANET L. TESTER
NOTARY PUBLIC - STATE OF MICHIGAN
WAYNE COUNTY
MY COMMISSION EXPIRES JULY 14, 20 *24*
ACTING IN THE COUNTY OF OAKLAND

**LEGAL DESCRIPTION**

LOAN

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the Township of Springfield, County of Delaware and Commonwealth of Pennsylvania, described according to a recent survey and plan thereof, made by Damon and Foster, Civil Engineers, Sharon Hill, Pennsylvania, dated August 20, 1940, as follows, to wit

BEGINNING at a point in the Southwesterly side of Lynnbrook Road (40 feet wide) at a distance of 413.96 feet Southeastwardly from the point of curve being the intersection of the center line of Alford Road (40 feet wide) and the Southwesterly side of Lynnbrook Road; thence continuing along the Southwesterly side of Lynnbrook Road (40 feet wide) on a line curving to the left along the arc of a circle whose radius is 706.47 feet the arc distance of 55 feet to a point; thence leaving the said side of Lynnbrook Road, South 05 degrees, 34 minutes, 32 seconds West, 100 feet to a point; thence extending along an arc of a circle whose radius is 806.47 feet, the arc distance of 62.79 feet to a point; thence North 10 degrees, 02 minutes, 11 seconds East, 100 feet to the first mentioned point and place of beginning.