**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: John A. Campbell**<br>　　　　　　　　　　**Debtor(s)**<br><br>**FLAGSTAR BANK, FSB**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**John A. Campbell**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Magdeline D. Coleman**<br>**William C. Miller Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-17364 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10-2** |

### CERTIFICATE OF SERVICE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 8, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
John A. Campbell
332 Lynbrooke Road
Springfield, PA 19064

<u>Attorney for Debtor(s)</u>
Jeanne Marie Cella, Esq.
221 N Olive St
P.O. Box 168
Media, PA 19063

<u>Trustee</u>
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 8, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com