**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern District of Pennsylvania**

## NOTICE OF CHANGE OF ADDRESS

Case No.: 19-17364    Adversary Case No. (if applicable): _____

Debtor Name: JOHN CAMPBELL

Name of Party: FreedomRoad Financial c/o Wayfinder BK, LLC

Check the party's role in this case:    ☐ Debtor    ✓ Creditor

Enter the party's related claim number(s), if any: 2

Previous Notice Address Information:

Mailing Address: PO Box 64090

City, State, ZIP Code: Tucson, AZ 85728-4090

Previous Email: bknotices@wayfinderbk.com

**New Notice** Address Information:

Mailing Address: FreedomRoad Financial, 10509 Professional Circle, Ste 100

City, State, ZIP Code: Reno, NV 89521

New Email: bkservices@frf1.com

Previous Payment Address Information:

Mailing Address: PO Box 51571

City, State, ZIP Code: Los Angeles, CA 90051-5871

**New Payment** Address Information:

Mailing Address: FreedomRoad Financial, PO Box 3882

City, State, ZIP Code: Oak Brook, IL 60522-3882

***Please direct all future notices and disbursements to the new addresses**

Filed by: FreedomRoad Financial c/o Wayfinder BK, LLC
(Name of Debtor/Creditor)

Dated: 4/15/2024                /s/ Nichlas P. Spallas
                                Signature of Person Authorizing Address Change

                                _____
                                Signature of Joint Debtor, if applicable