United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17364-pmm |
| John A Campbell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 16, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A Campbell, 332 Lynbrood Rd, Springfield, PA 19064-3123 |
| 14874562 | | FreedomRoad Financial, PO Box 3882, Oak Brook, IL 60522-3882 |
| 14479291 | + | MATRIX FINANCIAL SERVICES CORP, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14479703 | + | Matrix Financial Services Corp., c/o Ann Swartz,Equire, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14648988 | + | Matrix Financial Services Corp., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14447822 | + | Email/Text: bncnotifications@pheaa.org | Sep 17 2024 00:04:00 | AES/PHEAA FAMILY, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14430168 | + | Email/Text: bncnotifications@pheaa.org | Sep 17 2024 00:04:00 | Aes/ Bony Us, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14430170 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 00:08:58 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14430171 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2024 00:04:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14450213 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 00:08:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14430173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2024 00:08:58 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14455302 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2024 00:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14485768 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 17 2024 00:04:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14457534 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 17 2024 00:04:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14430174 | ^ | MEBN | Sep 16 2024 23:58:53 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |

Case 19-17364-pmm   Doc 47   Filed 09/18/24   Entered 09/19/24 00:35:54   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14430175 | + | Email/Text: bkservices@frf1.com | Sep 17 2024 00:04:00 | Freedom Road Financial, P.O. Box 4597, Oak Brook, IL 60522-4597 |
| 14441400 | | Email/Text: bkservices@frf1.com | Sep 17 2024 00:04:00 | FreedomRoad Financial c/o Wayfinder BK, LLC, PO Box 64090, Tucson, AZ 85728-4090 |
| 14874558 | + | Email/Text: bkservices@frf1.com | Sep 17 2024 00:04:00 | FreedomRoad Financial,, 10509 Professional Circle, Ste 100, Reno, NV 89521-4883 |
| 14459642 | ^ | MEBN | Sep 16 2024 23:58:56 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, N.Y. 14043-2690 |
| 14430176 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 17 2024 00:04:00 | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box2013, Buffalo, NY 14240-2013 |
| 14457700 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 00:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14430172 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 00:08:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14430169 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 00:08:57 | Amazon Visa, P.O. Box 1423, Charlotte, NC 28201 |
| 14446839 | + | Email/Text: RASEBN@raslg.com | Sep 17 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14430177 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 17 2024 00:04:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14447834 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 00:09:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14648898 | ^ | MEBN | Sep 16 2024 23:58:54 | MATRIX FINANCIAL SERVICES CORP, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14430178 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 00:09:02 | PayPal Credit c/o Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14437635 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 00:09:05 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14458724 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2024 00:08:58 | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14430179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 00:09:08 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14430180 | ^ | MEBN | Sep 16 2024 23:58:58 | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14461244 | + | Email/Text: bncmail@w-legal.com | Sep 17 2024 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14430181 | + | Email/Text: bncmail@w-legal.com | Sep 17 2024 00:04:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14734337 | *P++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639, address filed with court:, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |

| 14454063 | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor John A Campbell paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. ecfmail@mwc-law.com  mcohen@mwc-law.com |
| NICHLAS P. SPALLAS | on behalf of Creditor FreedomRoad Financial c/o Wayfinder BK  LLC bknotices@wayfinderbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 46 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   John A Campbell  )  Case No. 19−17364−pmm
   )
   )
   Debtor(s).  )  Chapter: 13
   )
   )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 16, 2024          For The Court

        Timothy B. McGrath
        Clerk of Court