**Fill in this information to identify the case:**

Debtor 1: John A. Campbell

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN District of PA
(State)

Case number: 19-17364-mdc

---

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MATRIX FINANCIAL SERVICES CORP.

**Court claim no.** (if known): 10-2

**Last 4 digits** of any number you use to identify the debtor's account: 7464

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2021

**New total payment:** $ 3,098.17
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 896.63     New escrow payment: $ 1,385.42

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

Debtor 1  John A. Campbell
  First Name   Middle Name   Last Name

Case number (*if known*) 19-17364-mdc

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Lauren M. Moyer
Signature

Date  11/04/2021

Print:  Lauren M. Moyer
  First Name   Middle Name   Last Name

Title  Attorney for creditor

Company  McCabe, Weisberg & Conway, LLC

Address  123 S. Broad Street, Suite 1400
  Number   Street
  Philadelphia, PA 19109
  City   State   ZIP Code

Contact phone ( 215 ) 790 – 1010

Email  ecfmail@mwc-law.com