**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   John A. Campbell<br><br>              Debtor(s)<br><br>MATRIX FINANCIAL SERVICES CORP., or its Successor or Assignee<br>              vs.    Movant<br><br>Kenneth E. West, Trustee<br>John A. Campbell<br>              Respondent(s) | Chapter 13<br>Bankruptcy No. 19-17364-mdc |

### CERTIFICATION OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I, Lauren M. Moyer, attorney for MATRIX FINANCIAL SERVICES CORP., hereby certify that I served a true and correct copy of the foregoing Notice of Mortgage Payment Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 4, 2021

| | | |
|---|---|---|
| John A. Campbell<br>332 Lynbrooke Rd<br>Springfield, Pennsylvania 19064 | JEANNE MARIE CELLA<br>Jeanne Marie Cella and Associates LLC<br>221 N Olive St<br>Media, PA 19063<br>Attorney for Debtor | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, Pennsylvania 19107<br>Trustee |

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street Suite 502
Philadelphia , Pennsylvania 19106

                /s/ Lauren M. Moyer
                MARGARET GAIRO, ESQUIRE ID # 34419
                MARISA MYERS COHEN, ESQUIRE ID #87830
                LAUREN M. MOYER, ESQUIRE ID # 320589
                JAMES FRENCH, ESQUIRE ID # 319597
                Attorney for Flagstar Bank, FSB
                123 South Broad Street, Suite 1400
                Philadelphia, PA 19109
                Telephone: (215) 790-1010
                Facsimile: (215) 790-1274
                Email: ecfmail@mwc-law.com